# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Application Under the Equal Access to Justice Act of -- | ) ) ) | |
| CI2, Inc. | ) ) | ASBCA Nos. 56257, 56337, 59948 |
| Under Contract No. DABN01-03-C-0007 | ) | |

APPEARANCE FOR THE APPELLANT:     Julie M. T. Walker, Esq.
          Julie MT Walker Law Group, LLC
          Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
          Army Chief Trial Attorney
          MAJ Elinor J. Kim, JA
          Trial Attorney

## ORDER OF DISMISSAL

This matter has been settled. Appellant's application for fees and expenses under the Equal Access to Justice Act is dismissed with prejudice.

Dated: 26 September 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals on an application for fees and other expenses incurred in connection with ASBCA Nos. 56257, 56337, 59948, Appeals of CI2, Inc., rendered in accordance with 5 U.S.C. § 504.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
